UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22945-CIV-UNGARO/O'SULLIVAN

JANET D. CUELLAR,

    Plaintiff,

v.

BRICO, LLC d/b/a Auto Buy d/b/a We Pay
the Max and MARK MAIDA, individually,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING THAT THE CASE BE DISMISSED WITH PREJUDICE

THIS MATTER came before the Court following a settlement conference before the undersigned and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq. ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide factual dispute over the number of hours, if any, for which the plaintiff was not properly compensated and a factual dispute over the reason why the plaintiff was terminated. The terms of the settlement were announced on the record in open

Court. The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' settlement agreement (including attorney's fees and costs) is hereby APPROVED. It is further

**RECOMMENDED** that this case be dismissed with prejudice and that the Court **retain jurisdiction until November 2, 2018** to enforce the terms of the settlement.[1]  It is further

**RECOMMENDED** that the Plaintiff's Motion in Compliance with Order to Show Cause (DE# 22, 8/23/18) be denied as moot.  It is further

**ORDERED AND ADJUDGED** that the hearing on the Plaintiff's Motion in Compliance with Order to Show Cause that was set for September 18, 2018 immediately following the settlement conference is CANCELLED.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this 18th day of September, 2018.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Ungaro
All counsel of record

---

[1] The parties have consented to Magistrate Judge jurisdiction for any further proceedings in this case.